UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States Of America,**<br><br>   Plaintiff,<br><br>   v.<br><br>**Jesus Erasmo Magallon,**<br><br>   Defendant. | CASE NO.: 22-cr-1984-RBM<br><br>Hon. Ruth Bermudez Montenegro<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE** |

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for September 30, 2022, at 9:00 a.m. be continued to November 4, 2022, at 9:00 a.m. It is further ordered that the time between September 30, 2022, and November 4, 2022, is excluded in the interests of justice under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A).

**SO ORDERED.**

Dated: 9/26/2022

_____
**Honorable Ruth Bermudez Montenegro**
United States District Court Judge